TRIAL COURT CAUSE NO. ___24-BC11A-0004___

<table>
<tr><td>§</td><td>IN THE BUSINESS COURT</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>OF TEXAS</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>DIVISION 11</td></tr>
</table>

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/23/2025 10:46:59 AM
CHRISTOPHER A. PRINE
Clerk

# BUSINESS COURT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE BUSINESS COURT CLERKS OFFICE:

Date of order appealed: __December 20, 2024__

Type of Order (Interlocutory or Final): __Interlocutory__

Date Motion for New Trial Filed:

Request for Findings of Fact and Conclusions of Law filed:

Date Notice of Appeal Filed:

Name of judge who entered judgment: __Hon. Sofia Adrogué__

Name of court reporter: __Nichole Forrest__

    Address of court reporter: __507 Woodard St., Houston, Texas 77009__

Name of attorney on appeal: __Andrew Price__ SB#: __24002791__

    Attorney Address: __1550 Lamar, Suite 2000, Houston, Texas 77010__

    Attorney E-Mail Address: __andrew.price@nortonrosefulbright.com__

    Attorney on appeal (check applicable box):

        x appointed     ☐ retained     ☐ Pro Se

Name of Appellee's Attorney: __Alexander Fields__

    Attorney Address: __1221 McKinney St., Ste. 4500, Houston, Texas 77010__

    Attorney E-Mail Address: __falexander@beckredden.com__

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Fifteenth Court of Appeals via TAMES

Court Reporter via E-Mail

On___January 23, 2025___         By: _BC_ (clerk's initials)